**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-6508**

———————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

CLAUDE WENDELL BELLAMY,

              Defendant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Fox, Senior District Judge.  (7:99-cr-00049-F-1)

———————

Submitted:  May 24, 2012                 Decided:  May 31, 2012

———————

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Claude Wendell Bellamy, Appellant Pro Se.  John Samuel Bowler, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Claude Wendell Bellamy appeals the district court's order denying his motion for correction or modification of the record. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Bellamy, No. 7:99-cr-00049-F-1 (E.D.N.C. Mar. 12, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED